

# Fourth Court of Appeals
## San Antonio, Texas

December 14, 2016

No. 04-16-00669-CR

April Brook **BISHOP**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR12051
Honorable Steve Hilbig, Judge Presiding

## ORDER

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on December 14, 2016.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of December, 2016.

_____
Keith E. Hottle, Clerk